IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY - 3 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JOE HAND PROMOTIONS, INC., )
    Plaintiff, )
     )
     )
v. )     Civil Action No. 1:09cv590
     )
BOUGIE, INC., a Virginia corporation )
    trading as KC's Restaurant, )
KC'S RESTAURANT, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the April 12, 2010 Report and Recommendation of the United States

Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and

upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts

as its own the findings of fact and recommendation of the United States Magistrate Judge, as set

forth in the April 12, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of

plaintiff and against defendant Bougie, Inc., a Virginia Corporation trading as KC's Restaurant, in

the total amount of $15,047.58.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place

this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to

defendant and to all counsel of record.

/s/
                              
T. S. Ellis, III
United States District Judge

Alexandria, VA
May 3, 2010